UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WDQ-13-550

ERIC BROWN
Petitoner,

v.

UNITED STATES OF AMERICA
Respondent.

Case No.: WDQ-1-09-CR-00183-001
Defendant Atty: Timothy Sullivan
Judge: William Quarles, Jr.
AUSA: James Wallner

FILED
LODGED

FEB 19 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## AFFIDAVIT OF TRUTH
### AFFIANT'S AFFIDAVIT IN SUPPORT OF HIS REQUEST TO FILE HIS § 2255 MOTION OUT OF TIME DUE TO EXCUSABLE NEGLECT

Now comes the Petitioner, Eric Brown, pro se, in the above referenced matter and swears and affirms the following under the penalty of perjury pursuant to U.S. law:

1. On 08/18/2011 Affiant had judgment impose on the above mentioned case number.

2. Affiant was sentenced to 144 months, on 08/25/11 I was transfered back to Warsaw, Virginia, Northern Neck Regional Jail with absolutely no access to the law library. I remained there until 01/25/2012.

3. When I arrived at Petersburg, Virginia, FCI, I was placed in the Spécial Houshing (SHU) Unit where I remained until I had a captiain's review to determine if I would be allowed on the compound.

4. Unfortunately all of these circumstances made it virtually impossible for me to adequately perpare a § 2255 Motion within the one year limitation.

5. After being released from the SHU and receiving my property I made every attempt to research and prepare my § 2255 Motion

but it simply was not enough time to do it properly.

6. I am asking the court due to excusable neglect to grant me an adequate amount of time to file my § 2255 Motion.

7. I will have to file my § 2255 Motion nunc pro tunc due to the excusable neglect that was completely beyond my control in the instant matter.

8. I ask the court to respond to this affidavit within 30 days as to my position before the court pursuant to F.R.Cr.P 45(b)(1)(B).

9. I declare under the penalty of perjury and depose and aver that the above information is true, correct, and not meant to be misleading according to the best of my knowledge.

Wherefore, it is respectfully requested that in the interest of justice and the fairness and integrity of the court that I be granted permission to file my § 2255 Motion pursuant to an extension of time.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this __24__ day of January 2013 A.D. before a Notary Public.

/s/ _Eric Brown_
Eric Brown

City/County of PRINCE GEORGE
Commonwealth/State of VA
The foregoing instrument was acknowledged before me this 24 day of JANUARY, 2013, by
ERIC BROWN
(name of person seeking acknowledgement)
Notary Public
My commission expires: Aug 31, 2014
7052518

2